IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

REGGIE ALLEN,

          ORDER

    Plaintiff,

          18-cv-422-bbc

 v.

DR. RICHARD HEIDORN AND
DR. MARY SAUVEY,

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On October 29, 2019, I gave pro se plaintiff Reggie Allen until November 18, 2019 to file a response to defendant Dr. Richard Heidorn's and Dr. Mary Sauvey's motion for summary judgment. I warned plaintiff that if he did not respond by that date, I would grant the motion as unopposed. Dkt. #51. Plaintiff has failed to respond, so I will grant defendants' motion as unopposed.

ORDER

IT IS ORDERED that Dr. Richard Heidorn's and Dr. Mary Sauvey's motion for summary judgment, dkt. #35, is GRANTED. The clerk of court is directed to enter judgment and close this case.

Entered this 11th day of December, 2019.

BY THE COURT:
/s/
_____
BARBARA B. CRABB
District Judge