IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

REGGIE ALLEN,

    Plaintiff,

v.

    Case No. 18-cv-422-bbc

DR. RICHARD HEIDORN, DR. MARY
SAUVEY, SANDRA MCARDLE, AND
GARY BOUGHTON,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/
Peter Oppeneer, Clerk of Court

12/11/2019
Date